UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Civil No.: 06-4278 (KSH) |
| JENNY RIVERA | : | **ORDER** |

KATHARINE S. HAYDEN U.S.D.J.

**THIS** matter having come before the Court on the appeal of Rhondi Lynn Schwartz from an order of bankruptcy court dated May 25 2006, the Court having considered the parties' submissions, and for the reasons stated in the Opinion filed herewith,

**IT IS** on this 27th day of June, 2007**,**

**ORDERED** that the bankruptcy court's order of May 25, 2006 is affirmed**.**

/s/ Katharine S. Hayden
KATHARINE S. HAYDEN
United States District Judge